[No. 23589-1-III.   Division Three.   March 28, 2006.]

JOHN HUI ET AL., *Respondents,* v. SUNNYSIDE SCHOOL DISTRICT No. 201, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 03-2-01570-8, Ruth Reukauf, J., entered November 5, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23611-1-III.   Division Three.   March 28, 2006.]

WILBUR-ELLIS COMPANY, *Appellant,* v. MITCHELL WEEKS, *as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-02473-3, Robert N. Hackett, Jr., J., entered October 29, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 23787-7-III.   Division Three.   March 28, 2006.]

*In the Matter of the Personal Restraint of* JAMES DALE DANIELSON, *Petitioner.*

Petition for relief from personal restraint. *Dismissed in part, granted in part,* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, J., and Thompson, J. Pro Tem.

[No. 23890-3-III.   Division Three.   March 28, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN EARL SCHROCK, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00371-4, Donald W. Schacht, J., entered February 22, 2005. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.